## Renner *v.* Renner, Appellant.

Argued November 8, 1971. *Robert M. Keener,* with him *Sayers, King & Keener,* for appellant; *R. Wallace Maxwell,* with him *Maxwell and Davis,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

SPAULDING, J., absent.